## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                                Case No.: 1:08−cr−00009
                                                       Honorable Virginia M. Kendall

James Kennedy, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 24, 2008:

    MINUTE entry before Judge Honorable Virginia M. Kendall:as to Leon Amiel, Jr. (2), This notice serves to notify parties that the Arraignment currently set for 3/27/2008 at 1:30 PM has been reset to take place at 2:00 PM that same day. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.