## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 09 (02) | **DATE** | March 27, 2008 |
| **CASE TITLE** | USA v. Leon Amiel | | |

**DOCKET ENTRY TEXT**

Arraignment held on Superseding Indictment filed 3/12/2008. Attorney Michael Benz appears on behalf of Thomas Gibbons. Mr. Gibbons is appointed as counsel for the Defendant. Defendant waives formal reading and enters plea of not guilty to all counts of the Superseding Indictment. Defendant released on $4,5000 own recognizance bond. Parties to hold 16.1(a) conference by 4/14/2008. Pretrial motions shall be filed by or on 5/12/2008; responses due 5/27/2008; replies due 6/4/2008. Status hearing set for 6/25/2008 at 1:30 PM. Status hearing also set for 4/2/2008 at 1:30 PM for both defendants. Defendants must appear. Defendant not objecting, time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(F) for filing and review of pretrial motions from 3/24/2008 through and including 6/25/2008.   (X-E)

Docketing to mail notices.

0:30

| | Courtroom Deputy Initials: | KW |
|---|---|---|