UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                          Case No.: 1:08−cr−00009
                                            Honorable Virginia M. Kendall

James Kennedy, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 3, 2008:

MINUTE entry before Judge Honorable Virginia M. Kendall: as to Leon Amiel, Jr, (2), Status hearing held on 4/3/2008. Attorney Thomas Gibbons appears as appointed counsel. Defendant is informed of a possible conflict of interest before the Court and waives any such conflict on the record. Defendant's appearance is excused for future status hearing. Defendant's conditions of release are modified to permit travel to the Eastern District of New York. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.