IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 CR 00001-2 |
| v. | ) | |
| | ) | Hon. Virginia M. Kendall, |
| LEON AMIEL, JR. | ) | presiding |
| aka Leon Glass, | ) | |
| Defendant. | ) | |

NOTICE OF MOTION

TO:   AUSA Nancy L. Miller     via electronic filing

   PLEASE TAKE NOTICE that on May 13, 2008, at 1:30 a.m., before the Honorable Virginia M. Kendall, Courtroom 2319, 219 S. Dearborn Street, Chicago, Illinois, I shall present an UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS, copies of which are hereby served upon you.

                               Respectfully submitted,


                               By: s/Thomas A. Gibbons


                                   Thomas A. Gibbons
                                   Kreiter and Gibbons
                                   & Associates
                                   70 W. Hubbard Street,
                                   Suite 302
                                   Chicago, Illinois 60610
                                   Tel: (312) 222- 0001