UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 008 CR 00009-2 |
| v. | ) | Hon. Virginia M. Kendall |
| | ) | presiding |
| LEON AMIEL, JR. | ) | |
| aka Leon Glass, | ) | |
| Defendant. | ) | |

NOTICE OF FILING

TO:  AUSA Nancy Miller   Via electronic filing
Office of the United States Attorney for the Northern District of Illinois
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604

PLEASE TAKE NOTICE that on the 24th day of June, 2008, the following pretrial motions were filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division:

1. Motion for discovery
2. Motion for inventory of property seized and for return of seized property
3. Motion to strike surplusage in indictment

Respectfully Submitted,

s/Thomas A. Gibbons

THOMAS A. GIBBONS
KREITER AND GIBBONS & ASSOCIATES
Attorneys At Law
70 West Hubbard
Suite 302
Chicago, Illinois 60610
(312) 222-0001

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 008 CR 00009-2 |
| v. | ) | Hon. Virginia M. Kendall |
| | ) | presiding |
| LEON AMIEL, JR. | ) | |
| aka Leon Glass, | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I, Thomas A. Gibbons, an attorney, certify that on the 24th day of June, 2008, I served a copy of this Notice of Filing as well as all documents referred to therein, by electronic service to the following parties:

To:   AUSA Nancy Miller
      Office of the United States Attorney for the Northern District of Illinois
      219 South Dearborn Street
      5th Floor
      Chicago, Illinois 60604

      All defense attorneys of record who are electronic filers

                                                  s/ THOMAS A. GIBBONS

THOMAS A. GIBBONS
KREITER AND GIBBONS & ASSOCIATES
Attorneys At Law
70 West Hubbard
Suite 302
Chicago, Illinois 60610
(312) 222-0001