UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 CR 00009-2 |
| v. | ) | Hon. Virginia M. Kendall, |
| | ) | presiding |
| LEON AMIEL, JR. | ) | |
| aka Leon Glass, | ) | |
| Defendant. | ) | |

NOTICE OF MOTION

TO:  Joseph M. Ferguson          VIA ELECTRONIC
     AUSA                         NOTICE
     219 S. Dearborn, Suite 500
     Chicago, Illinois 60604

     Christa Brown                VIA FACSIMILE
     Pretrial Services            NOTICE

   PLEASE TAKE NOTICE that on July 22, 2008 at 1:30 p.m., before the Honorable Virginia M. Kendall, Room 2319, 219 S. Dearborn Street, Chicago, Illinois, I shall present an UNOPPOSED MOTION FOR PERMISSION TO TRAVEL FOR A LIMITED PURPOSE AND TO WAIVE DRUG TESTING AS A CONDITION OF PRETRIAL RELEASE, copies of which are hereby served upon you.

                                   Respectfully submitted,

                                   By: s/ Thomas A. Gibbons

                                      Thomas A. Gibbons
                                      Kreiter and Gibbons
                                      & Associates
                                      70 W. Hubbard Street,
                                      Suite 302
                                      Chicago, Illinois 60610
                                      Tel: (312) 222- 0001

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF COOK | ) |

PROOF OF SERVICE

    I, Thomas A. Gibbons, an attorney, hereby certify and verify that on July 17, 2008, I electronically delivered a copy of the foregoing <u>NOTICE OF MOTION</u> and <u>UNOPPOSED MOTION FOR PERMISSION TO TRAVEL FOR A LIMITED PURPOSE AND TO WAIVE  DRUG TESTING AS A CONDITION OF PRETRIAL RELEASE</u> to those attorneys who are e-filers and delivering a copy via facsimile to pretrial services office Christa Brown.

                        By: <u>s/ Thomas A. Gibbons</u>

                        Thomas A. Gibbons
                        Kreiter and Gibbons
                        & Associates
                        70 W. Hubbard Street,
                        Suite 302
                        Chicago, Illinois 60610
                        Tel: (312) 222- 0001