# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

       Plaintiff,

v.            Case No.: 1:08–cr–00009

            Honorable Virginia M. Kendall

James Kennedy, et al.

       Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 21, 2008:

  MINUTE entry before the Honorable Virginia M. Kendall: as to Leon Amiel Jr (2): Defendant's motion to modify conditions of release[52] is granted. The drug testing requirement is waived. Defendant is granted permission to travel to Reeders, Pennsylvania for the period of 7/25/2008 through 7/27/2008 provided defendant supplies his Pretrial Services' officer with his itinerary and contact information before 7/23/2008. Mailed notice (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.