UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

UNITED STATES OF AMERICA
                                  Plaintiff,

v.                                                       Case No.: 1:08−cr−00009
                                                          Honorable Virginia M. Kendall

James Kennedy, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 7, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:as to James Kennedy, Leon Amiel, Jr: Status hearing held and continued to 9/24/2008 at 1:30 PM to set a pretrial motion and trial schedule. Enter excludable for the period of 8/7/2008 through 9/24/2008 pursuant to 18 USC 3161(h)(B)(iv). Defendant Kennedy's oral motion to enlarge the conditions of release for the hours of 1:00 pm to 10:00 pm on 8/9/2008 to allow him to attend the wedding and reception of Ms.Burmeister is granted. Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.